| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| L. Bishop Austin<br>L. BISHOP AUSTIN & ASSOCIATES<br>3250 WILSHIRE BLVD., STE 1500<br>LOS ANGELES, CA 90010<br>(213) 388-4939 Fax: (213)388-2411<br>California State Bar Number: 175497<br>☒ Attorney for: Debtor<br>☐ Pro Se Debtor | |
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA** | CHAPTER 13<br><br>CASE NUMBER 8:10-bk-26562-RK |
| In re<br><br>Ofelia Ibarra<br><br><br>Debtor(s). | **DECLARATION SETTING FORTH POSTPETITION, PRECONFIRMATION DEED OF TRUST PAYMENTS**<br><br>**LOCAL BANKRUPTCY RULE 3015-1(m)** |

I, _Ofelia Ibarra_ *(Debtor's name)*, hereby declare:

1. I am the debtor in this chapter 13 bankruptcy case that was filed on _11/20/2010_ .

2. I am the owner of real property[1] at the following street address:

    _120 S. Plantation Place,_

    _Anaheim CA 92806_                                                       (the "Property").

3. The Property is encumbered by the following deeds of trust:

    a. First deed of trust in favor of _Litton Loan Servicing_ .

    b. Second deed of trust in favor of _Faslo Solution LLC (Lam Motion)_ *(if applicable)*.

    c. Third deed of trust in favor of ____ *(if applicable)*.


*(Continued on next page)*

---

[1] A separate declaration shall be filed and served for each parcel of real property owned by the Debtor(s).

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                                **F 3015-1.4**
Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com                                                                      Best Case Bankruptcy

Case 8:10-bk-26562-RK   Doc 16   Filed 02/08/11   Entered 02/08/11 10:11:04   Desc
Main Document   Page 2 of 4

Declaration Setting Forth Postpetition Preconfirmation Deed of Trust Payments
Local Bankruptcy Rule 3015-1(m) - Page 2 of 3

F 3015-1.4

| In re | | CHAPTER 13 |
|---|---|---|
| Ofelia Ibarra | | |
| | Debtor(s). | CASE NUMBER 8:10-bk-26562-RK |

4. The following are the postpetition deed of trust payments[2] up to the date of plan confirmation (the "Payments") that I have caused to be mailed/delivered[3] to the appropriate deed of trust holder (the "Creditor")[4]:

| Creditor | Payment Amount | Due Date[5] | Date Mailed/Delivered |
|---|---|---|---|
| | | 1-15th December 2010 | |
| Litton Loan Servicing | $3,148.00 | 1-15th January 2011 | 01/08/2011 |
| | | | |
| Creditor | | | |
| | | | |
| | | | |
| | | | |
| Creditor | | | |
| | | | |
| | | | |
| | | | |
| | | | |

5. The Payments were in the form of money order, cashier's check, wire transfer, or other certified funds payable to the appropriate Creditor and had written on each item my name, the bankruptcy case number and the appropriate loan number.

(Continued on next page)

---

[2]Postpetition deed of trust payments are payments that first become due after the bankruptcy filing date.

[3]A U.S. Postal Service Certificate of Mailing, stamped by a Postal Service employee, must be obtained for each mailed Payment and copies of the Certificates of Mailing must be attached. If Payments are not mailed, Debtor must state how the Payments were delivered to the deed of trust holder and must provide documents that prove that the Payments have been delivered. For example, a copy of a statement, signed by the deed of trust holder's representative, acknowledging receipt of the Payment(s), would provide such proof.

[4]Attach additional pages if necessary.

[5]"Due Date" refers to the last day the Payment can be paid without a late charge penalty.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                          F 3015-1.4

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com                                       Best Case Bankruptcy

Case 8:10-bk-26562-RK    Doc 16    Filed 02/08/11    Entered 02/08/11 10:11:04    Desc
Main Document    Page 3 of 4

Declaration Setting Forth Postpetition Preconfirmation Deed of Trust Payments                F 3015-1.4
Local Bankruptcy Rule 3015-1(m) - Page 3 of 3

| In re | | CHAPTER 13 |
|---|---|---|
| Ofelia Ibarra | Debtor(s). | CASE NUMBER 8:10-bk-26562-RK |

6. Attached to this declaration are copies of the:

☐ cashier's checks,    ☐ money orders,    ☐ certified funds, or

☒ other proof of the Payments described in Paragraph 4 above.

7. Also attached to this declaration are copies of the:

☒ U. S. Post Office Certificate(s) of Mailing, stamped by a U. S. Postal Service employee,

☐ acknowledgment(s) signed by the Creditor's representative, or

☐ other documents that prove delivery of the Payments described in Paragraph 4 above.

I declare under penalty of perjury that the foregoing is true and correct.

Date  February 8, 2011              Signature  *Ofelia Ibarra*
                                               Ofelia Ibarra
                                               Debtor

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                F 3015-1.4

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com                Best Case Bankruptcy

43008002

JANUARY 04, 2011

EAST ANAHEIM

0000593  00014   0000080026            OFELIA IBARRA

**THREE THOUSAND ONE HUNDRED FORTY EIGHT DOLLARS AND 00 CENTS**          **3148.00**

**LITTON LOAN SERVICING**
**LOAN #41182965**

⑈43008002⑈  ⑆121000358⑆  13970″85076⑈

### SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Litton Loan Servicing
4828 Loop Central Drive
Houston, TX. 77081-2212

### COMPLETE THIS SECTION ON DELIVERY
A. Signature
X Francis Blackshear    ☐ Agent  ☐ Addressee
B. Received by (Printed Name): FRANCIS BLACKSHEAR    C. Date of Delivery: JAN 0 8 2011
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)    7010 2780 0000 3259 8292

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540